UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:09cr33/MCR/CJK
 3:16cv256/MCR/CJK

PHILLIP LEE SYLVESTER

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 28, 2018. ECF No. 46. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Government's Motion to Dismiss, ECF No. 44, is **GRANTED**, and the Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 42, is **DENIED** and **DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 31st day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**